UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.                                            Civil Action No. 1:07-mc-91
                                                Hon. Paul L. Maloney

RANDAL HUCKINS,

        Respondent.
_____/

## ORDER TO SHOW CAUSE

Upon the Petition and the exhibits attached thereto, the Affidavit of Kristyn Naziri, a Revenue Officer of the United States Internal Revenue Service (IRS), and upon the Motion of Charles R. Gross, United States Attorney for the Western District of Michigan, and Agnes Kempker-Cloyd, Assistant United States Attorney,

IT IS ORDERED THAT Randal Huckins, appear before the United States District Court for the Western District of Michigan, presided over by the Honorable Ellen S. Carmody, United States Magistrate Judge, 654 Federal Building, 110 Michigan Street NW, in Grand Rapids, Michigan, on October 11, 2007 at 10:30 a.m., to show cause why he should not be compelled to obey the IRS Summons served upon him on December 5, 2006.

IT IS FURTHER ORDERED that a copy of the Order, together with the Petition and exhibits attached thereto, be served upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that within five days of service of copies of this Order and the Petitions and exhibits attached thereto, Respondent shall file and serve a written response to the Petition.  If Respondent has any defenses to present or motions in opposition to the Petition, such defenses or motions, if any, shall be made in writing, filed with the Court, and copies served upon the United States Attorney at least five (5) business days prior to the date of the show cause hearing.  Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the Petition shall be deemed admitted.

IT IS FURTHER ORDERED that if Respondent has no objection to compliance with the IRS summons, Respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the Court, in writing with copies served upon the United States Attorney, of the fact that no response or appearance as ordered herein will be required.


Dated: September 10, 2007              /s/   Paul L. Maloney
                                       Honorable Paul L. Maloney
                                       U.S. District Court Judge